JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-01031-CJC (ADSx)                                     Date:  July 28, 2023

Title: <u>STEPHAN BROWN ET AL. V. AMANDA BLOOM ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING WITHOUT PREJUDICE ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

On June 12, 2023, Plaintiffs Attitude Adjustment, Inc., and Stephan Brown, individually and on behalf of Attitude Adjustment, filed this suit, asserting claims against Defendants Gatunlati Co., Inc., Amanda Bloom, and unnamed Does for (1) fraudulent inducement, (2) breach of fiduciary duty, (3) breach of contract, (4) fraudulent concealment, (5) conversion, and (6) negligence.  (Dkt. 1.)

Plaintiffs asserted subject matter jurisdiction solely based on diversity jurisdiction under 28 U.S.C. § 1332.  (*Id.* ¶ 5.)  However, there is plainly no complete diversity among the parties.  Plaintiffs allege that Attitude Adjustment is incorporated in California and has its principal place of business in California and that Gatunlati is likewise organized in California and has its principal place of business in California.  (*Id.* ¶¶ 1, 3.)  Plaintiffs do not allege Brown or Bloom's citizenships, but they allege that Bloom resides in this district.  (*Id.* ¶ 4.)  Because there is no complete diversity, the Court lacks subject matter jurisdiction and hereby **DISMISSES WIHTOUT PREJUDICE** this action.

jso

MINUTES FORM 11
CIVIL-GEN                                                                                               Initials of Deputy Clerk RRP