**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs ATTITUDE ADJUSTMENT, INC. and
PROFESSOR STEPHAN BROWN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:23-cv-04626

ATTITUDE ADJUSTMENT, INC., a corporation; and, STEPHAN BROWN, individually, and on behalf of ATTITUDE ADJUSTMENT, INC. as owner,

Plaintiffs,

v.

GATUNLATI CO, INC.; AMANDA BLOOM; and DOES 1-10, INCLUSIVE,

Defendants

**PLAINTIFFS' OBJECTION TO DISTRICT JUDGE CORMAC J. CORNEY'S ORDER DATED JULY 28, 2023 CLOSING THE CASE PREJUDICIALLY**

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEY(S) OF RECORD, HEREIN:*

1

In a prejudicial manner, District Judge Cormac J. Carney closed the case and dismissed the matter *sua sponte* on July 28, 2023.

Not only is District Judge Cormac J. Carney wasting taxpayer dollars in his hasty and cursory decision, he does not even have the decency to have a proper spelling. District Judge Cormac J. Carney's **"WIHTOUT"** shows his bias and prejudice that he does even care in an official rule to spell the word right.

District Judge Cormac J. Carney has OVERLOOKED that the basis for federal subject matter jurisdiction is FEDERAL QUESTION JURISDICTION.

The Civil Cover Sheet shows II. FEDERAL QUESTION; VI. 28 U.S.C. section 1332 as the basis; and, VII. 190 Other Contract. This is specifically what was stated in the meet-and-confer to Defendants that if there is any mention in the amended complaint of diversity it is errata. This matter is cannabis regulation-related contracts and transactions. It has a federal and state basis via supplemental jurisdiction over state claims.

Somehow this kind of bias and prejudice is consistent in the California judiciary where white, and/or male attorneys and litigants are made to believe they're some kind of better attorneys, and often allowed, in the judiciary's discretion to circumvent laws/code language. Counsel and people of color have to then work twice as hard, and put in much more effort than those other attorneys to overcome this kind of bias and prejudice. The presence of white, and/or male attorneys and litigants somehow makes the judges believe them more than non-white, non-female, and/or immigrant individuals.

Either way, this OBJECTION was made after careful thinking in the judge's haphazard decision.

Plaintiffs are well aware they can re-file the case in state court, and/or again federal court, and/or since this is dismissal without prejudice, then inform the court, that the court should

OBJECTION

RE-OPEN the case (Plaintiff can proceed via motion), and then determine the issue on the substantive merits.

*Respectfully submitted*,

**LAW OFFICE OF RESHMA KAMATH**

**DATED:  June 29, 2023**

*/s/ Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiffs
**ATTITUDE ADJUSTMENT, INC. and PROFESSOR STEPHAN BROWN**

OBJECTION